390 A.2d 302

Creciun, Appellant, v. Cusamano.

Argued March 21, 1978.   Michael F. Smith, for appellant;   C. Menszak, with him William L. Kinsley, for appellee.

Judgment affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 303

Creveling, Appellant, v. McNaughton.

Argued March 23, 1978.   D. Alexander, with him Thomas F. Traud, Jr., for appellant;   Malcolm Gross, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.